COMMONWEALTH of Pennsylvania, Respondent

v.

Christopher Lee HARRIS, Petitioner

No. 12 WAL 2017

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

AND NOW, this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

William HOPKINS, Petitioner

No. 497 WAL 2016

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

AND NOW, this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Terrill Javon HICKS, Petitioner

No. 476 WAL 2016

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

AND NOW, this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**